# INDEX OF DOCUMENTS

Pursuant to Local Rule 81 (3)(A), defendants, Davol, Inc. and C.R. Bard, Inc., lists the following documents, which were filed in New York Supreme Court, County of Erie for the matter styled *Lana K. Giallella and Pascal A. Giallella v. Davol Inc. & C.R. Bard, Inc.*:

Exhibit A: Summons & Complaint (filed by plaintiffs Lana K. Giallella and Pascal A. Giallella on May 27, 2008)

Exhibit B: Notice of Filing Notice of Removal (filed by defendants, Davol, Inc. and C.R. Bard, Inc. on June 16, 2008)