# EXHIBIT B

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ERIE**

| | |
|---|---|
| LANA K. GIALLELLA and<br>PASCAL A. GIALLELLA,<br>Individually and as Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC. and C.R. BARD, INC.,<br><br>Defendants. | Index No.: 2008-6260<br><br>**Notice of Filing**<br>**Notice of Removal** |

**TO:** Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
716-854-2020

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Western District of New York ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on June 16, 2008. A copy of this notice is on file with the District Court. The Supreme Court of the State of New York in and for Erie County, New York may proceed no further unless or until this case is remanded.

Dated: June 16, 2008

Respectfully submitted,

PEPPER HAMILTON LLP

Suzanne M. D'Amico (SD 3581)
Pepper Hamilton LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
New York, NY 10170-2399
Phone: (212) 808-2710
Fax: (212) 286-9806
damicos@pepperlaw.com

ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.

Of Counsel:
Kirby T. Griffis
Dana A. Gausepohl
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
kgriffis@spriggs.com
dgausepohl@spriggs.com
mjunk@spriggs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, a copy of the foregoing Notice of Removal was served upon the following in the manner listed below:

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
*Certified Mail (Return Receipt Requested)*

BY: /s/ Suzanne M. D'Amico
Suzanne M. D'Amico