# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, a copy of the foregoing Answer and Affirmative Defenses has been made upon the following in the manner listed below:

Brian A. Goldstein, Esq.
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

*Certified Mail (Return Receipt Requested)*

BY: /s/ Suzanne M. D'Amico
Suzanne M. D'Amico