**Pepper Hamilton LLP**
Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Suzanne D'Amico
direct dial: 212-808-2710
damicos@pepperlaw.com

July 24, 2008

Honorable Hugh B. Scott
United States Magistrate Judge
United States Courthouse
68 Court Street
Buffalo, New York 14202-3406

Re: Giallella v. Davol, Inc., et al.
08-CV-447 (RJA) (HBS)

Dear Magistrate Judge Scott:

On behalf of Defendants C. R. Bard, Inc. and Davol, Inc. (collectively, "Defendants") I am writing to request that the initial conference scheduled for Tuesday, July 29, 2008 at 3:00 p.m. be cancelled. On June 22, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict litigation entitled In Re Kugel Mesh Hernia Patch Product Liability Litigation ("MDL"), MDL No. 1842. The above case has been identified as a "tag along" action in Defendants' Notice of Potential Tag Along dated July 16, 2008, and as a result, Defendants expect that this case will be transferred to the MDL shortly. See attachment.

Our request will save judicial resources and promote efficiency. In the short intervening time between now and the transfer of this case to the MDL Court, the time and resources of the parties and this Court should not be expended in participating in pretrial proceedings.

In light of the JPML's anticipated transfer of this case to the MDL Court, Defendants request that the July 29 conference be cancelled.

Respectfully,

Suzanne D'Amico

Copy to Cellino & Barnes

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | **MDL Docket No. 1842** |

**DEFENDANTS' EIGHTY-SECOND 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Western District of New York**

*Lana K. Giallella and Pascal A. Giallella v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-00447, Judge Richard J. Arcara.

**United States District Court for the District of New Jersey**

*Deborah Arce v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02709, Judge Dennis M. Cavanaugh.

**United States District Court for the Middle District of Florida**

*Michael J. Brennan v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02709, Judge Dennis M. Cavanaugh.

Respectfully submitted,

Dated: July 16, 2008

SPRIGGS & HOLLINGSWORTH

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 16th day of July, 2008, a true and correct copy of the foregoing Defendants' Eighty-Second Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Brian A. Goldstein**
Cellino & Barnes, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202-3290

**Counsel for Plaintiff: Lana K. Giallella**

**SCOTT A. GEORGE**
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102

**Counsel for Plaintiff: Deborah Arce**

**Alejandro Alvarez**
The Alvarez Law Firm
355 Palermo Ave.
Coral Gables, FL 33134

**Counsel for Plaintiff: Michael J. Brennan**

**Affiliated Defense Counsel Affected by this Notice:**

PEPPER, HAMILTON, LLP
Samuel J. Abate, Jr.
420 Lexington Ave., Suite 2320
New York, NY 10170-2399

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

McCarter & English, LLP
David J. Cooner
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

CLARK, PARTINGTON, HART, LARRY, BOND & STACKHOUSE
John M. Kvartek
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32502

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
Anthony Peter Strasius
100 SE 2nd Street, Suite 3800
Miami, Fl 33131

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis