**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LANA K. GIALLELLA and<br>PASCAL A. GIALELLA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC. and C.R. BARD, INC.,<br><br>Defendants. | Case No.: 08 CV 0447 |

**DECLARATION OF SUZANNE M. D'AMICO**

SUZANNE M. D'AMICO declares, under penalty of perjury, pursuant to the provisions of 28 U.S.C., Section 1746, as follows:

1. I am an associate with the law firm of Pepper Hamilton LLP, counsel for the defendants, Davol, Inc. and C.R. Bard, in this action.

2. I respectfully submit this Declaration in support of Defendants' Motion for Adjournment of Conference.

3. Attached as Exhibit A is a true and correct copy of Defendants' Eighty-Second 7.5(e) Notice of Potential Tag-Along.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008.

SUZANNE M. D'AMICO