CASREF, CLOSED_2008, MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:08−cv−00447−RJA−HBS

Giallella et al v. Davol Inc. et al
Assigned to: Hon. Richard J. Arcara
Referred to: Hon. Hugh B. Scott
Cause: 28:1441 Petition for Removal− Product Liability

Date Filed: 06/17/2008
Date Terminated: 07/30/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lana K. Giallella** represented by **Brian A. Goldstein**
Cellino &Barnes, P.C.
17 Court Street
7th Floor
Buffalo, NY 14202−3290
716−566−2269
Fax: 716−856−7817
Email: brian.goldstein@cellinoandbarnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pascal A. Giallella** represented by **Brian A. Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Suzanne Marie D'Amico**
Pepper Hamilton, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
212 − 808 − 2710
Fax: 212 − 286 − 9806
Email: damicos@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana A. Gausepohl**
Spriggs &Hollingsworth
1350 I Street NW
Washington, DC 20005
202−898−5800
Fax: 202−682−1639
Email: dgausepohl@spriggs.com
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs &Hollingsworth
1350 I Street NW
Washington, DC 20005
202−898−5800
Fax: 202−682−1639
Email: kgriffis@spriggs.com
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs &Hollingsworth
1350 I Street NW
Washington, DC 20005
202−898−5800
Fax: 202−682−1639
Email: mjunk@spriggs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Suzanne Marie D'Amico**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana A. Gausepohl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2008 | Ï 1 | NOTICE OF REMOVAL by Davol Inc., C.R. Bard, Inc. from New York State Supreme Court County of Erie, case number I2008−6260. (Filing fee $ 350 receipt number 8164), filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Index, # 2 Exhibit A, # 3 Exhibit B)(SG) (Entered: 06/19/2008) |
| 06/17/2008 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by Davol Inc., C.R. Bard, Inc.. (SG) (Entered: 06/19/2008) |
| 06/17/2008 | Ï | AUTOMATIC REFERRAL to Mediation (SG) (Entered: 06/19/2008) |
| 06/20/2008 | Ï 3 | ANSWER to Complaint by Davol Inc., C.R. Bard, Inc..(D'Amico, Suzanne) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 4 | CERTIFICATE OF SERVICE by Davol Inc., C.R. Bard, Inc. re 3 Answer to Complaint (D'Amico, Suzanne) (Entered: 06/20/2008) |

| | | |
|---|---|---|
| 06/23/2008 | Ï 5 | ORDER REFERRING CASE to Magistrate Judge Hon. Hugh B. Scott. Signed by Hon. Richard J. Arcara on 6/23/2008. (JMB) (Entered: 06/23/2008) |
| 06/24/2008 | Ï 6 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>TEXT OF THE ORDER<br><br>This case has been referred to the undersigned for pretrial proceedings. A scheduling conference will be held on **July 29, 2008 at 3:00 p.m.,** in the chambers of the undersigned.<br><br>PRIOR TO THE SCHEDULING CONFERENCE, THE PARTIES ARE DIRECTED TO COMPLY WITH THE REQUIREMENTS OF RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE. This means that, at a minimum, (1) the parties are to have exchanged initial disclosures as required by Rule 26(a)(1); (2) the parties are to have met or conferred as required under Rule 26(f); and (3) the parties are to have submitted a proposed discovery plan to the Court at least 7 days prior to the scheduling conference as also required by Rule 26(f).<br><br>Also, the Magistrate Judge is available to conduct any or all proceedings in a jury or non−jury civil matter and to order the entry of judgment in the case pursuant to 28 U.S.C. 636(c). Attached hereto is a Notice of Right to Consent to Disposition of a Civil Case by a United States Magistrate Judge, together with a consent form, for consideration by the parties. The parties are encouraged to consider and act favorably on such consents; however, it is emphasized that there will be no substantive adverse consequences should the parties elect not to do so.<br><br>So Ordered.<br><br>Signed by Hon. Hugh B. Scott on 6/24/08. (JRA) (Entered: 06/24/2008) |
| 07/24/2008 | Ï 7 | MOTION to Adjourn Conference *by letter* by Davol Inc., C.R. Bard, Inc..(D'Amico, Suzanne) (Entered: 07/24/2008) |
| 07/25/2008 | Ï | E−Filing Notification: 7 MOTION to Adjourn Conference by letter *Letter documents are not accepted*. Document must be re−filed in the proper motion form. Motion has been terminated. (DLC) (Entered: 07/25/2008) |
| 07/25/2008 | Ï 8 | MOTION to Adjourn Conference dated July 25, 2008 by Davol Inc., C.R. Bard, Inc..(D'Amico, Suzanne) (Entered: 07/25/2008) |
| 07/25/2008 | Ï 9 | DECLARATION signed by Suzanne M. D'Amico re 8 MOTION to Adjourn Conference dated July 25, 2008 filed by Davol Inc., C.R. Bard, Inc. filed by Davol Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A)(D'Amico, Suzanne) (Entered: 07/25/2008) |
| 07/25/2008 | Ï 10 | CERTIFICATE OF SERVICE by Davol Inc., C.R. Bard, Inc. re 8 MOTION to Adjourn Conference dated July 25, 2008, 9 Declaration (D'Amico, Suzanne) (Entered: 07/25/2008) |
| 07/25/2008 | Ï 11 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>TEXT OF THE ORDER<br><br>The defendants have requested the cancellation of the scheduling conference set for July 29, 2008 inasmuch as this case is to be transferred to the Judicial Panel on |

| | | |
|---|---|---|
| | | Multidistrict Litigation. The scheduling conference set for July 29, 2008 is adjourned. In the event that the case is not transferred to the MDL, the scheduling conference shall take place on September 9, 2008 at 2:00 p.m. before the undersigned.<br><br>So Ordered.<br><br>Signed by Hon. Hugh B. Scott on 7/25/08.(JRA) (Entered: 07/25/2008) |
| 07/30/2008 | Ï 12 | ORDER transferring case to the Multidistrict Litigation Panel pursuant to 28 U.S.C. 1407, MDL No. 1842− In Re: Kugel Mesh Hernia Patch Products Liability Litigation (JDK) (Entered: 07/30/2008) |
| 07/30/2008 | Ï | Case transferred to Multidistrict Litigation Panel, District of Rhode Island, assigned to the Honorable Mary M. Lisi (JDK) (Entered: 07/30/2008) |